# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WALTER DICKERSON AND DEWAN
DICKERSON

NO.   2021 CW 0842

VERSUS

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, ET AL.

**AUGUST 16, 2021**

---

In Re:   Southern Recycling, LLC, Travelers Property Casualty
         Company of America, and EMR (USA Holdings) Inc.,
         applying for supervisory writs, 18th Judicial District
         Court, Parish of Pointe Coupee, No. 49032.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

                          JMM
                          WIL
                          EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT